# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME: ALL CASES     CASE NO: ALL CASES

FOR:
- ___ DEBTOR
- ___ JOINT DEBTOR
- ___ CREDITOR
- _X_ ATTORNEY ( Please include Bar ID Number 37727 )
- ___ PLAINTIFF
- ___ DEFENDANT

**OLD ADDRESS:**

NAME: Angela M. Michael

ADDRESS: 19735 10th Ave NE, Suite N200

Poulsbo, WA 98370

PHONE: 206-319-9052

EMAIL ADDRESS (attorney only): amichael@mccarthyholthus.com

**NEW ADDRESS:** Effective 6/9/2014

NAME: Angela M. Michael

ADDRESS: 108 1st Avenue South, Ste. 300

Seattle, WA 98104

PHONE: 209-319-9052

EMAIL ADDRESS (attorney only): amichael@mccarthyholthus.com

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

*/s/ Angela M. Michael*     Date 6/13/14

Rev. 6/28/2012
Change of Address

Case 14-41900-PBS    Doc 17    Filed 06/16/14    Ent. 06/16/14 10:58:42    Pg. 1 of 1